UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JACOB and CHRISTOPHER WATSON, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIDE TRANSPORT, INC., a Corporation; Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 5:16-CV-06781-BLF<br><br>Assigned to: Hon. Beth Labson Freeman<br><br>**[PROPOSED] ORDER:**<br><br>**(1) GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT; AND**<br>**(2) ENTERING FINAL JUDGMENT**<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 - 5th Floor<br><br>Hearing Date: February 22, 2018<br>Hearing Time: 1:30 p.m. |

On February 22, 2018, the Court heard the motion by Plaintiffs Linda Jacob and Christopher Watson ("Plaintiffs") for final approval of their class settlement (the "Settlement"). Having considered the Joint Stipulation of Class Action Settlement and Release (the "Agreement")[1] and all papers filed and proceedings had here, the Court grants the motion for final approval and the motion for attorneys' fees and costs.

IT IS HEREBY ORDERED that:

1. The Parties have submitted their Settlement, which this Court preliminarily approved by its Order dated October 17, 2017 (ECF 28) (the "Preliminary Approval Order"). In accordance with the Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement and the opportunity to comment on or object to it or to exclude themselves from its provisions.

2. The Court has jurisdiction over this Action and the Settlement pursuant to 28 U.S.C. sections 1132(a) and 1332(d).

3. In the Order dated October 17, 2017, this Court certified the Class for settlement purposes, and now confirms certification of the Class, which is defined as in the Agreement as: "All current and former truck drivers who are or were employed as truck drivers by Defendant at any time during the period from May 31, 2012, to December 28, 2016, who performed any work in California and who were paid on the basis of activity-based work."

4. Pursuant to the Preliminary Approval Order, the Notice of Class Action Settlement was sent to each class member by first-class mail. The Notice of Class Action Settlement informed Class Members of the terms of the Settlement, their right to receive a Settlement Payment, their right to comment on or object to the Settlement and/or Class Counsel's attorneys' fees and costs, their right to elect

---

[1] Except as otherwise specified herein, for purposes of this Final Approval Order, the Court adopts all defined terms set forth in the Agreement.

- 1 -

CASE NO. 5:16-CV-06781     ORDER

1 | not to participate in the Settlement and pursue their own remedies, and their right to
2 | appear in person or by counsel at the final approval hearing and be heard regarding
3 | approval of the Settlement. Adequate periods of time were provided by each of
4 | these procedures.

5. The Court finds and determines that this notice procedure afforded adequate protections to class members and provides the basis for the Court to make an informed decision regarding approval of the settlement based on the responses of class members. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process.

6. The Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1711 *et seq.* ("CAFA"), Defendant served upon the Attorney General of the United States and the appropriate state official of each state in which a Class Member resides a notice of the Settlement consisting of: a copy of the pleadings in this action; a notice of the scheduled judicial hearings in this action; copies of the Settlement and Notice of Class Action Settlement; and the names of Class Members who reside in each state and the estimated proportionate share of the Class Members in each state compared to the entire Settlement. The notice of Settlement also invited comment on the Settlement. This Final Approval Order is not being issued earlier than ninety days after the later of the dates on which the appropriate federal and state officials were served with the notice of the Settlement. Accordingly, the Court finds that Defendant has discharged its obligations under CAFA to provide notice to the appropriate federal and state officials.

7. No Class Members filed written objections to the proposed settlement as part of this notice process.

8. For the reasons stated in the Preliminary Approval Order, the Court finds and determines that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the class members who

have not opted out will be bound by the Settlement, that the Settlement is ORDERED finally approved, and that all terms and provisions of the Settlement should be and hereby are ORDERED to be consummated.

9. The Court finds and determines that the Settlement Payments to be paid to the Class as provided for by the Settlement are fair and reasonable. The Court HEREBY ORDERS the payment of those amounts be made to the Class in accordance with the Agreement.

10. The Court finds and determines that payment to the California Labor and Workforce Development Agency of $3,562.50 as its share of the settlement of civil penalties in this case is fair, reasonable, and appropriate. Plaintiffs have provided notice of this Settlement to the California Labor and Workforce Development Agency and no objection has been received in response. The Court HEREBY ORDERS that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Agreement.

11. The Court finds and determines that the fees and expenses of Simpluris in administrating the settlement, in the amount of $25,000, are fair and reasonable. The Court HEREBY ORDERS that the payment of that amount be paid out of the Gross Settlement Amount in accordance with the Agreement.

12. The Court finds and determines that the request by Plaintiffs and Class Counsel for an award of the Enhancement Awards and the Class Counsel attorneys' fees and costs are fair and reasonable. The Court HEREBY ORDERS that the payment of the requested amounts be paid out of the Gross Settlement Amount in accordance with the Agreement.

13. Nothing in this order shall preclude any action to enforce the Parties' obligations under the Settlement or under this order, including the requirement that Defendant make payment in accordance with the Agreement.

14. If, for any reason, the Settlement ultimately does not become Final (as defined by the Settlement), this Final Approval Order will be vacated; the Parties

will return to their respective positions in this action as those positions existed immediately before the Parties executed the Settlement; and nothing stated in the Settlement or any other papers filed with this Court in connection with the Settlement will be deemed an admission of any kind by any of the Parties or used as evidence against, or over the objection of, any of the Parties for any purpose in this action or in any other action.

15. The Parties entered into the Settlement solely for the purpose of compromising and settling disputed claims. Defendant in no way admits any violation of law or any liability whatsoever to Plaintiffs and the Class, individually or collectively, all such liability being expressly denied by Defendant.

16. The Court HEREBY ENTERS FINAL JUDGMENT in this Action, as defined in Rule 58(a)(1), Federal Rules of Civil Procedure.

17. Without affecting the finality of this Final Approval Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

18. The Civil Action is HEREBY DISMISSED with prejudice. Except for the one member of the Class (Gil Jose) who submitted a valid request for exclusion, the Released Claims of the Class Members and the Plaintiffs are released in accordance with the Agreement and these Class Members are barred from prosecuting any of the Released Claims against any Released Parties.

19. The Parties are HEREBY ORDERED to comply with the terms of the Agreement.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____     _____
HON. BETH LABSON FREEMAN
U.S. District Court Judge

- 4 -

CASE NO. 5:16-CV-06781                                                                                      ORDER